16

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ALLAN RICHARD ZBLEWSKI | **JUDGMENT IN A CIVIL CASE** |
| **Plaintiff,** | Case No.: 07-cv-429-jcs |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| **Defendant.** | |

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED AFFIRMING THE DECISION OF THE DEFENDANT COMMISSIONER DENYING PLAINTIFF DISABILITY INSURANCE BENEFITS (DIB) AND SUPPLEMENTAL SECURITY INCOME (SSI).

Approved as to form this 29th day of January, 2008.

_____
JOHN C. SHABAZ
DISTRICT JUDGE

_____
Theresa M. Owens, Clerk

by Deputy Clerk

1-30-08
Date