IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALAN R. ZBLEWSKI,

                Plaintiff,                              ORDER

    v.                                                     07-cv-429-jcs

MICHAEL J. ASTRUE, Commissioner or
Social Security,

                Defendant.

---

Because Judge Shabaz will be convalescing from shoulder surgery for an extended period, I have assumed administration of the cases previously assigned to him including this one. Plaintiff Alan R. Zblewski requests leave to proceed <u>in forma pauperis</u> on appeal from this court's judgment entered January 30, 2008, affirming the Commissioner's decision denying plaintiff's application for social security disability benefits. To determine whether a plaintiff qualifies for indigent status, the court uses the following calculation: From plaintiff's annual gross income, the court subtracts $3400 for each dependent, excluding the plaintiff. If the balance is less than $15,000, the plaintiff may proceed without any prepayment of fees and costs; if the balance is greater than $15,000 but less than $28,000, the plaintiff must prepay half the fees and costs; and if the balance is greater than $28,000,

the plaintiff must prepay all fees and costs. Substantial assets or debts require individual consideration.

Plaintiff is married and has a dependent granddaughter. Plaintiff's wife earns an average of $1,400 per month or $16,800 annually. Applying the formula above, plaintiff qualifies for indigent status and may proceed without any prepayment of fees and costs.

ORDER

IT IS ORDERED that plaintiff's request for leave to proceed in forma pauperis on appeal is GRANTED.

Entered this 3rd day of April, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge